# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL NO. 1:04-CR-116 |
| v. | : | |
| | : | (Judge Kane) |
| STEPHEN KEMP | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 6th day of June, 2005, this matter having come before the Court for trial and on having considered the evidence and stipulations presented therein, the Court finds that Defendant is **NOT GUILTY BY REASON OF INSANITY** and judgment is so entered. Accordingly, **IT IS HEREBY ORDERED THAT** Defendant is committed to the custody of the Bureau of Prisons pursuant to 18 U.S.C. § 4243, until such time as he is determined to be suitable for release pursuant to subsection (e) of that statute.

    S/ Yvette Kane
Yvette Kane
United States District Judge