UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

P. O. BOX 983
HARRISBURG, PA 17108

September 17, 2007

COURT TRANSFERRED TO: Northern District of Illinois

RE: 1:04-CR-116-01 MD-PA       USA v. Stephen Kemp
    07-CR-533 ND of IL

FILED
HARRISBURG, PA

SEP 28 2007

MARY E. D'ANDREA, CLERK
Per _____
     Deputy Clerk

Dear Sir or Madam:

   Pursuant to Judge Holderman's order dated 9/5/07, this case was transferred to your court. I am enclosing a certified copy of the docket, indictment, judgment, and this Court's transfer order.

   Kindly acknowledge receipt of the file on the copy of the letter provided. Thank you for your assistance in this matter.

Very truly yours,

MARY E. D'ANDREA, CLERK

Kevin J. Neary
Deputy Clerk

RECEIPT

Acknowledge receipt of above on this 21st day of September.

Signed: _____

CASE NO. ASSIGNED: 07 CR 533